### IN THE

## SUPERIOR COURT

### OF THE

## TERRITORY OF ORLEANS.

### SPRING TERM—1812—SECOND DISTRICT.

### *LIVAUDAIS* vs. *HENRY.*

A NEW trial was moved for, on the ground that the defendant, sometime before the trial, had obtained a stay of proceedings, and made a cession of his goods to his creditors. The motion was overruled, as the defendant had gone to trial, and had taken his chance of obtaining a verdict, and as it did not appear that the proceedings, against the creditors, had been continued.

*Spring 1812.*
*II. District.*

*If pendente lite a stay be ordered, and suit proceed, no new-trial shall be granted.*